```
                    FILED
         CLERK, U.S. DISTRICT COURT

              AUG 29 2016

         CENTRAL DISTRICT OF CALIFORNIA
         BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. _16-1727M_ |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| v. ) | |
| Jose Rivas - Miranda ) | |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the _District of Utah_ involving alleged violations of conditions of probation/supervised release: _Custody Supervision having been transferred to the SDCA_

1. The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

///
///
///
///
///

1  2.  The Court concludes:
2      A.  (✓) Defendant has failed to demonstrate by clear and
3          convincing evidence that he is not likely to pose
4          a risk to the safety of any other persons or the
5          community.  Defendant poses a risk to the safety
6          of other persons or the community based on:

7      _____
8      _____
9      _____
10     _____
11     _____

12     B.  (✓) Defendant has failed to demonstrate by clear and
13         convincing evidence that he is not likely to flee
14         if released.  Defendant poses a flight risk based
15         on: _____
16     _____
17     _____
18     _____
19     _____

20

21     IT IS ORDERED that defendant be detained.

22

23  DATED: 8/29/16

24
25                          HONORABLE JACQUELINE CHOOLJIAN
                            United States Magistrate Judge